1

**KIRBY MCINERNEY LLP**
ROBERT J. GRALEWSKI, JR.
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 398-4340
Counsel for Movants
PRO-SYS CONSULTANTS AND
NEIL GODFREY

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8

| In re Ex Parte Application of Pro-Sys Consultants and Neil Godfrey,<br><br>Applicants. | Case No. 16-MC-80118-JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF PRO-SYS CONSULTANTS AND NEIL GODFREY FOR LEAVE TO SERVE SUBPOENA ON JEAN-LOUIS GASSÉE BY ALTERNATE MEANS**<br><br>**Judge: Hon. Jacqueline Scott Corley**<br>**Date: November 10, 2016**<br>**Time: 9:00 a.m.**<br>**Courtroom: F** |
|---|---|

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO SERVE
SUBPOENA ON JEAN-LOUIS GASSEE
BY ALTERNATE MEANS
CASE NO. 16-MC-80118-JSC

KIRBY MCINERNEY LLP
600 B ST. STE. 1900
SAN DIEGO, CA 92101
TEL: (619) 398-4340

## [PROPOSED] ORDER

The Court, having reviewed the motion and papers filed in support, in opposition, and in reply to the Motion for Pro-Sys Consultants and Neil Godfrey for Leave to Serve Subpoena on Jean-Louis Gassée by Alternate Means (the "Motion"), and, if necessary, having heard oral argument, and having found good cause, hereby finds as follows:

The Court finds that service by means other than personal service is necessary and appropriate.

Therefore, the Court Grants the Motion.

**IT IS HERBY ORDERED** that Applicants Pro-Sys Consultants and Neil Godfrey may serve the deposition subpoena on Jean-Louis Gassée by sending a copy of the subpoena by overnight courier to Gassée's home address.

Dated: _____     By: _____
                               The Honorable Jacqueline Scott Corley
                               UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO SERVE
SUBPOENA ON JEAN-LOUIS GASSEE     - 1 -
BY ALTERNATE MEANS
CASE NO. 16-MC-80118-JSC

KIRBY MCINERNEY LLP
600 B ST. STE. 1900
SAN DIEGO, CA  92101
TEL: (619) 398-4340